FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

2012 JUN 21 P 4: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**APPLE INC.**

**Counterclaimant,**

**v.**

**HTC CORPORATION**

**Counterclaim Defendant**

Civil Action No. 1: 12cv686

## APPLE'S MOTION TO SEAL DOCUMENT

Counterclaimant Apple Inc. ("Apple") respectfully submits this motion to file under seal Apple's Counterclaims filed in International Trade Commission Investigation No. 337-TA-808, pursuant to Local Rule 5. In support of this Motion, Apple submits contemporaneously herewith a non-confidential Memorandum in Support of its Motion to Seal Document pursuant to Local Rule 5(D), along with an appropriate Notice and proposed Order.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: June 21, 2012

By: ______________________

Michael J. McKeon (VA Bar No. 44341)
Ahmed J. Davis (VA Bar No. 43982)
Steven A. Bowers
Cherylyn Esoy Mizzo
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David J. Healey
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

*Counsel for Counterclaimant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served June 21, 2012, via courier upon all counsel designated to receive such notices, as identified below:

Thomas L. Jarvis, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, DC 20001

Ahmed J. Davis