IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | Civ. Action No. 1:12-cv-686-AJT-JFA |
| ) | |
| HTC CORPORATION, ) | |
| ) | |
| Counterclaim Defendant. ) | |

### ORDER

This matter is before the Court on defendant HTC Corporation's Motion to Transfer [Doc. No. 44], Motion to Stay [Doc. No. 46], and Motion to Dismiss Counterclaimant Apple Inc.'s Counterclaims [Doc. No. 53]. Upon consideration of the motions, the memoranda and exhibits in support thereof and in opposition thereto, and the argument of counsel at a hearing on August 17, 2012, and for the reasons stated in open court at that hearing, it is hereby

ORDERED that the Motion to Transfer [Doc. No. 44] be, and the same hereby is, GRANTED and that this action be, and the same hereby is, TRANSFERRED to the District of Delaware; and it is further

ORDERED that the Motion to Stay [Doc. No. 46] and the Motion to Dismiss [Doc. No. 53] be, and the same hereby are, REFERRED to the United States District Court for the District of Delaware.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 17, 2012